No. 73–1765. MEEK ET AL. v. PITTENGER, SECRETARY OF EDUCATION, ET AL. Appeal from D. C. E. D. Pa. [Probable jurisdiction noted, *ante,* p. 822.] Motion of National Audio-Visual Assn., Inc., for leave to file a brief as *amicus curiae* granted.

No. 73–1923. EASTLAND ET AL. v. UNITED STATES SERVICEMEN'S FUND ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 823.] Motion of respondents for divided argument granted.

No. 73–2060. AUSTIN ET AL. v. NEW HAMPSHIRE ET AL. Appeal from Sup. Ct. N. H. [Probable jurisdiction noted, *ante,* p. 822.] Motion of appellees to permit Charles G. Cleaveland, Esquire, to present oral argument *pro hac vice* granted. Motions of Attorney General of Vermont and Attorney General of New Jersey for leave to participate in oral argument as *amici curiae* denied.

No. 74–70. GOLDFARB ET UX. v. VIRGINIA STATE BAR ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 963.] Motions of the Bar of the City of New York and the District of Columbia Bar for leave to file briefs as *amici curiae* denied. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 74–5595. RATCLIFF v. TEXAS ET AL. Motion for leave to file petition for writ of certiorari denied.

No. 74–453. VAN LARE, ACTING COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. v. HURLEY ET AL. Appeal from D. C. S. D. N. Y. and D. C. E. D. N. Y. [Probable jurisdiction noted, *ante,* p. 1045]; and

No. 74–5054. TAYLOR ET AL. v. LAVINE, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1046.] Motion to consolidate for oral argument granted.